**No. 10-9480. Michael Arthur Kowal, Petitioner v. Rhode Island.**

563 U.S. 979, 131 S. Ct. 2884, 179 L. Ed. 2d 1196, 2011 U.S. LEXIS 3461.

May 2, 2011. Petition for writ of certiorari to the Supreme Court of Rhode Island denied.

Same case below, 8 A.3d 1036.